No. 10-6203. Neally Cunningham, Petitioner v. United States.

562 U.S. 971, 131 S. Ct. 483, 178 L. Ed. 2d 306, 2010 U.S. LEXIS 8086.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-6204. Joel Castro-Gaxiola, Petitioner v. United States.

562 U.S. 971, 131 S. Ct. 484, 178 L. Ed. 2d 306, 2010 U.S. LEXIS 8019.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-6206. Shawn Young, Petitioner v. United States.

562 U.S. 971, 131 S. Ct. 484, 178 L. Ed. 2d 306, 2010 U.S. LEXIS 8004.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 373 Fed. Appx. 119.

No. 10-6210. Abdur R. Mahdi, Petitioner v. United States.

562 U.S. 971, 131 S. Ct. 484, 178 L. Ed. 2d 306, 2010 U.S. LEXIS 7964.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 374, 598 F.3d 883.

No. 10-6211. Safarra Kimmons, Petitioner v. United States.

562 U.S. 972, 131 S. Ct. 484, 178 L. Ed. 2d 306, 2010 U.S. LEXIS 8018.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 481 Fed. Appx. 84.

No. 10-6214. James Wesley McBroom, Petitioner v. United States.

562 U.S. 972, 131 S. Ct. 484, 178 L. Ed. 2d 306, 2010 U.S. LEXIS 8012.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 435 Fed. Appx. 299.

No. 10-6219. Jason Segura, Petitioner v. United States.

562 U.S. 972, 131 S. Ct. 485, 178 L. Ed. 2d 306, 2010 U.S. LEXIS 8096.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 435 Fed. Appx. 296.

No. 10-6224. Sean Adonis Simpson, Petitioner v. United States.

562 U.S. 972, 131 S. Ct. 485, 178 L. Ed. 2d 306, 2010 U.S. LEXIS 8059.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 349.